UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA AGUILERA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:23-cv-00746-KES-EPG<br><br>ORDER APPROVING MODIFICATION TO THE SCHEDULING ORDER<br><br>(ECF No. 38) |

      On November 12, 2025, the parties filed a Joint Statement regarding the Mid-Discovery Conference currently set for January 13, 2026 (ECF No 38). Within the joint statement, the parties mutually requested the Court to modify the current scheduling order because, while the parties have engaged in written discovery and depositions of plaintiffs, the parties believe that a modification of the schedule is necessary to account for the two and a half years that have elapsed since the filing of the complaint. (ECF No. 38, p. 5).  Furthermore, the parties are waiting for a resolution to the ongoing independent investigation being conducted by the DoJ. (*Id.*).

      Upon review, IT IS ORDERED as follows:

1. The parties' request to modify the scheduling order is approved. (ECF No. 38).
2. The Court's scheduling order (ECF Nos. 35, 37) is modified only as follows: Non-Expert Discovery Cutoff is October 9, 2026; Expert Disclosures due by November 13, 2026; Rebuttal Expert Disclosures due by December 11, 2026; Reply Expert Disclosures due by January 15, 2027; Expert Discovery Cutoff is March 19, 2027; Dispositive Motions due

1

by May 31, 2027; the Pre-trial conference will be held on August 23, 2027; the Trial is set for October 12, 2027.

3. The status conference currently set for January 13, 2026 is continued to May 6, 2026 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **November 19, 2025**                    /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE

2