UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUILERA, *et al.*<br>Plaintiffs,<br>v.<br>CITY OF FRESNO, *et al.,*<br>Defendants. | Case No. 1:23-cv-0746-KES-EPG<br>ORDER VACATING SETTLEMENT CONFERENCE<br>(ECF Nos. 46, 47). |

On May 12, 2023, Plaintiffs Sylvia Aguilera and Roberto Corchado initiated this action pursuant to 42 U.S.C. § 1983 and California law.[1] (ECF No. 1). This action arises from the death of Plaintiffs' son, Roberto Corchado, Jr. ("Roberto"), during an incident between Roberto and Fresno Police Department officers on March 4, 2023.

On August 3, 2026, the Court set a settlement conference for October 29, 2026, and directed the parties to file settlement statements no later than October 8, 2026. (ECF No. 47). Defendants filed a settlement statement on October 8, 2026, which requests the settlement conference be vacated, as the parties believe a settlement conference would not likely be productive at this time. (ECF No. 48 at 2).

[1] Plaintiff Sylvia Aguilera proceeds in this lawsuit individually and on behalf of the Estate of Roberto Corchado, Jr. (ECF No. 1, p. 2). Plaintiff Roberto Corchado proceeds in this lawsuit by and through his power of attorney, Aysha Corchado. (*Id.*)

Given these circumstances, IT IS ORDERED as follows:

1. The October 29, 2026, settlement conference is VACATED.
2. A status conference to determine if a future settlement conference would be beneficial or not will be set for January 22, 2027, at 11:00 a.m.. The parties are directed to file a joint status report no later than seven days prior to the status conference.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE