**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SYLVIA AGUILERA, individually and on behalf of the ESTATE OF ROBERTO CORCHADO, JR., ROBERTO CORCHADO by and through his power of attorney ALYSHA CORCHADO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; OFFICER BRYCE HAMMOND; OFFICER LUKE TRAN; POLICE CHIEF PACO BALDERRAMA; UNKNOWN LAW ENFORCEMENT OFFICERS, and DOES 1-30,<br><br>Defendants. | Case No. 1:23-cv-00746-KES-EPG<br><br>ORDER GRANTING JOINT REQUEST & STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 48) |

**TO THIS HONORABLE COURT:**

Defendants CITY OF FRESNO; OFFICER BRYCE HAMMOND; OFFICER LUKE TRAN; POLICE CHIEF PACO BALDERRAMA ("defendants") and SYLVIA AGUILERA, on behalf of the ESTATE OF ROBERTO CORCHADO, JR., ROBERTO CORCHADO by and through his power of attorney ALYSHA CORCHADO ("plaintiffs") collectively ("the parties"), through their undersigned counsel, hereby stipulate as follows:

///

**STATEMENT OF GOOD CAUSE**

1. The parties have significantly completed discovery but have agreed that it would be in their mutual best interest to extend the discovery timeline by 60 days to finalize.

2. Given that the California Department of Justice withheld all of its documents during a two-year criminal investigation, then it took a substantial amount of time for the DOJ to release the records, more time is needed to thoroughly review the documents and further consult with DOJ's counsel to determine whether the production pursuant to subpoena was complete.

3. This case comprises a voluminous record of evidence. More time examining the records would assist experts complete their respective analysis of the case.

4. Scheduling challenges to depose experts will likely be lessened if the deadlines, now beginning in November 2026, did fall not within the holiday season due to availability.

5. The parties believe extending the remaining deadlines for approximately 60 days will permit them to pursue settlement efforts, also. The parties agreed that appearing at the mandatory settlement conference set for October 29, 2026, is premature. Pursuant to Magistrate Judge Helena Barch-Kuchta's order, on October 8, 2026, defense counsel notified the court that attending the mandatory settlement conference on October 29 will likely not be productive given their current positions. More time to complete discovery may assist in narrowing the issues of the case resulting in more time for the parties to focus on attempting to resolve this case informally.

6. The Parties are proposing a modified schedule that will not unduly delay these proceedings.

7. Based on these factors, the parties believe there is good cause to modify the Scheduling Order (Doc. No. 39), as indicated below.

**STIPULATION**

Extension of the October 10, 2026 fact discovery deadline to December 10, 2026;

Extension of the November 13, 2026, expert disclosure deadline to January 15, 2027;

Extension of the December 11, 2026, expert rebuttal deadline to February 12, 2027;

Extension of the January 15, 2027, reply expert deadline to March 15, 2027;

Extension of the March 19, 2027, expert discovery deadline to May 17, 2027; and

Extension of the May 31, 2027, law and motion deadline to July 30, 2027.

IT IS SO STIPULATED.

//

//

//

//

//

Dated: 10/09/26 LAW OFFICE OF KEVIN G. LITTLE

/s/ Michelle Tostenrude

Kevin G. Little
Michelle Tostenrude
Attorneys for Plaintiffs SYLVIA AGUILERA, individually and on behalf of the ESTATE OF ROBERTO CORCHADO, JR., ROBERTO CORCHADO by and through his power of attorney ALYSHA CORCHADO,

Dated: 10/09/26

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

/s/ Nichole Santiago
______________________________
Mildred K. O'Linn
Nichole Santiago
Attorneys for Defendants CITY OF FRESNO; OFFICER BRYCE HAMMOND; OFFICER LUKE TRAN; POLICE CHIEF PACO BALDERRAMA

# ORDER

The Parties having so stipulated, and good cause appearing therefore, the Court shall modify the operative Scheduling Order (Doc. No. 22), as follows:

1. The Court extends the fact discovery deadline to December 10, 2026;
2. The Court sets a status conference for January 7, 2027 at 11:00 a.m. To connect to the telephonic conference, the parties shall (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5) enter *6 to unmute. And the parties shall file a joint report at least 7 days before the conference.
3. The Court extends the expert disclosure deadline to January 15, 2027;
4. The Court extends the expert rebuttal deadline to February 12, 2027;
5. The Court extends the reply expert deadline to March 15, 2027;
6. The Court extends the expert discovery deadline to May 17, 2027;
7. The Court extends the dispositive motion deadline law and motion deadline to July 30, 2027.
8. The pre-trial conference is continued to November 8, 2027
9. The trial is continued to December 14, 2027.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE